UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Arthur H. Cobb, George L. Saly,

        Plaintiffs,        Civil No. 05-2439 (RHK/AJB)

vs.        **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

United States Department of Education
Office for Civil Rights, Margaret Spellings,
in her capacity as Secretary of the United
States Department of Education, Algis Tamosiunas,
in his capacity as Office for Civil Rights
Director Compliance Program, Judith E. Levitt,
in her capacity as Office for Civil Rights Senior
Civil Rights Counsel, Linda A. McGovern, in
her capacity as Office for Civil Rights Director,
Chicago Office, Midwestern Division,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: October 24, 2005

                                    s/Richard H. Kyle
                                    RICHARD H. KYLE
                                    United States District Judge